IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAWRENCE BETHEA,** | : | Civil No. 1:15-cr-222 |
| **Plaintiff,** | : | |
| v. | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

## **O R D E R**

**AND NOW**, this 2nd day of July, 2018, **IT IS HEREBY ORDERED** that the request for free sentencing transcripts is **DENIED**.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge